■ In the Matter of RICHARD BETT, SR., Respondent, v CITY OF LACKAWANNA, Appellant. [836 NYS2d 468]—Appeal from a judgment of the Supreme Court, Erie County (John M. Curran, J.), entered August 21, 2006 in a proceeding pursuant to CPLR article 78. The judgment, insofar as appealed from, granted the petition to the extent of invalidating the notice from respondent that petitioner's General Municipal Law § 207-a benefits were terminated and to the extent of awarding petitioner costs and denied respondent's cross motion to dismiss the petition.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for the reasons stated in the decision at Supreme Court. Present—Gorski, J.P., Martoche, Centra, Fahey and Peradotto, JJ. [*See* 12 Misc 3d 1178(A), 2006 NY Slip Op 51284(U).]

■ NOBLE SMITH, Appellant, v ROBERT DALDRY, SR., et al., Respondents. (Appeal No. 1.) [836 NYS2d 469]—Appeal from an order of the Supreme Court, Jefferson County (Hugh A. Gilbert, J.), entered June 9, 2004 in an action for breach of contract. The order, after a nonjury trial, granted judgment in favor of plaintiff and against defendant Robert Daldry, Sr. in the amount of $7,500.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for the reasons stated in the decision at Supreme Court. Present—Gorski, J.P., Martoche, Centra, Fahey and Peradotto, JJ.

■ NOBLE SMITH, Appellant, v ROBERT DALDRY, SR., et al., Respondents. (Appeal No. 2.) [836 NYS2d 469]—Appeal from an order of the Supreme Court, Jefferson County (Hugh A. Gilbert, J.), entered November 2, 2005 in an action for breach of contract. The order awarded plaintiff attorney's fees in the amount of $2,875 against defendant Robert Daldry, Sr.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for the reasons stated in the decision at Supreme Court. Present—Gorski, J.P., Martoche, Centra, Fahey and Peradotto, JJ.